BEFORE THE THIRD DIVISION, MARCH 15, 1940

**No. 43390.**—Protest 818337–G of W. X. Huber Co. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40933 and *Woolworth* v. *United States* (T. D. 47647) the incense in question was held free of duty as joss stick under paragraph 1703 as claimed.

**No. 43391.**—Protest 711460–G of Wm. X. Huber Co. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40933 and *Woolworth* v. *United States* (T. D. 47647) the incense in question was held entitled to free entry under paragraph 1703. Bronze vases or flower vases were held dutiable at 40 percent under paragraph 339 plus 3 cents per pound tax on the copper content under the Revenue Act of 1932.

**No. 43392.**—Protest 711462–G of W. X. Huber Co. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40933 and *Woolworth* v. *United States* (T. D. 47647) the incense in question was held entitled to free entry under paragraph 1703. Bronze vases or flower vases were held dutiable at 40 percent under paragraph 339 plus 3 cents per pound tax on the copper content under the Revenue Act of 1932.

**No. 43393.**—Protest 845960–G of W. X. Huber Co. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (T. D. 47647) the incense in question was held free of duty under paragraph 1703. It was stipulated that the cords and sockets are used in transmission of electrical energy or the distribution thereof. The claim at 35 percent under paragraph 353 was therefore sustained.

**No. 43394.**—Protest 958395–G of W. X. Huber Co. (Los Angeles).

Opinion by KEEFE, J. The protest was sustained in accordance with stipulation of counsel.

BEFORE THE FIRST DIVISION, MARCH 18, 1940

**No. 43395.**—Protest 970842–G of M. Pressner & Co. (New York).